# Court of Appeals
# of the State of Georgia

ATLANTA, __October 10, 2019__

*The Court of Appeals hereby passes the following order:*

**A20A0224. CURLEY ANTONIO EDLER v. THE STATE.**

Curley Antonio Elder pleaded guilty to possession of cocaine and was sentenced to three years of probation in 2017. Elder's probation was revoked in 2019, and he filed a motion requesting credit for time he spent in jail while awaiting trial. The trial court denied the motion on May 29, 2019, and Elder filed a notice of appeal on July 3, 2019. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Elder's notice of appeal, filed 35 days after entry of the order he wishes to appeal, was untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,__10/10/2019__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*